UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cesar Quintero, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 06-2211 (RCL) |
| | ) |
| Albert Gonzalez, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 10th day of January 2007,

ORDERED that respondents, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the petitioner's warden, the Attorney General of the United States, and the United States Attorney for the District of Columbia.

_____/s/_____
ROYCE LAMBERTH
United States District Judge