# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Cesar Quintero | **COURT CASE NUMBER** 06-2211 RCL |
| **DEFENDANT** Albert Gonzalez, et al | **TYPE OF PROCESS** Order Directing Respondents to Show Cause |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Warden, Oakdale Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
POB 5000, Oakdale, LA 71463

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

BALANCE DUE: $138.50
Please make remittance to:
U.S. MARSHALS SERVICE
300 Fannin St. Suite 1202
Shreveport, LA 71101-6304

Date: 3/8/07  Init: ___

RECEIVED 2007 JAN 12 A 10: [?] U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

RECEIVED 2007 JAN 23 A 10: 48 UNITED STATES MARSHAL SHREVEPORT

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 16 | District to Serve No. 35 | Signature of Authorized USMS Deputy or Clerk   LC / YTC | Date 1-26-07 / 1/11/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Shauna Gautreaux

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 3/19/07   Time: 9:00 am

Signature of U.S. Marshal or Deputy: BJ Bartl[?]

RECEIVED APR 5 - 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

| Service Fee $90.00 | Total Mileage Charges (including endeavors) 48.50 | Forwarding Fee — | Total Charges 138.50 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
1-12-07 Forwarded to USMS - Wstrn. Dist. of LA
100 miles @ ___ per
10 USM @ $45.00 per x 2 hrs.

1/25/07  202-353-0600

2007 APR -4 P 3:53 U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — **FORM USM-285 (Rev. 12/15/80)**