RECEIVED

APR 1 2 2007

CHAMBERS OF
JUDGE LAMBERTH

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CESAR QUINTERO
     Petitioner

VS.

Alberto Gonzales, et al
     Respondent

Case No: 06-2211 (RCL)

Date: April 09, 2007

Honorable Judge, Royce C. Lamberth

### MOTION IN RESPONSE TO THE GOVERNMENT

**COMES NOW**, Ceasr Quintero, Petitioner **Pro-Se** to This
Honorable Court of Judge Royce C. Lamberth, petitoner presents
his response to the Government Motion.

RECEIVED

APR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ARGUMENT
#### 1.

Subsetion §2255, of Title 28, of the United States Code, is inaplic-
able and without the force or effect of law where it is shown not to
have been enacted by Congress, into Federal law.
The Congressional Record, Vol. 94-part 7(June 15, 1948, to June 19,
1948) PP. 8229-9169, and Vol. 94-part 7(July 26, 1948 to December 31
1948) PP. 9353, reveal that Congress was not assembled in session
on the date(s) that Title 3, 18, 21, and 28 are purported to have been
enacted into Law. by Congress.

#### 2.

The United States District Curt , wherein the cause herein comp-
lained of, arose, is shown to be an Exective Tribunal, without
Article III Judicial authority. This  assertion is supooorted by
by consulting Supreme Court Rule 45, the Revised Statute of 1878.
The Judiciary Act of March 3, 1911, Executive Order 6166, **Balzac V.
Porto Rico**, (1938).

#### 3.

Thus the Court, in similar matters (**Common Law Writ** of **Habeas**

Corpus), appear to be resorting to inapplicable statutory provisions to remove the clause to a court which the court knows lacks the authority under Article III to entertain the matter. Thereby the sustainment of an unlawful conviction and term of imprisonment via subterfuge and non-compliance with the law (a Malum In Se-Crime?) Whereby the accused/Petitoner is deprived a remedy in law to redress a grievance.

4.

It is the foregoing, and following reasons that the Petitioner has brought his instant cause under the **common law, writ of Habeas Corpus** and invoked the venue and jurisdiction of an Article III, Constitutional Court.

5.

It is therefore incumbent upon this Court, in the interest of justice, by and through this Judicial Notice, as a Neutral party between both Petitioner and Respondents, upon its own motion to isssue an ORDER TO SHOW CAUSE to the Respondent why **Writ of Habeas Corpus** should not issue, in their 'showing' based upon the facts and points raised in the writ itself.

Respectfully submitted,

04/09/07

Cesar Quintero Pro Se
Reg. No. 02851070 V-1
federal correctional institute
P.O. BOX 5000
Oakdale, LA 71463-5000