District Court of the United States
for the District of Columbia

(Caption Puesuan to Mookini v.U.S. 303 U.S. 201)
(Article III Court of Law)

Cesar Quintero
   Petitioner,

   vs.

Alberto Gonzales, A.K.A. ALBERTO GONZALES § Case No.05-20725(CR-MORENO
Attorney General for the United States of § 
America, and §     1:06-cv-02211-RCL
HarleyG. Lappin A.K.A. HARLEY G.LAPPIN §
Director of the Federal Bureau of Prisons § Honorable Judge
and, § Royce C. Lamberth,
J. P. Young, A.K.A. J. P. YOUNG, WARDEN, §
        Respondent, §
_____/

## Motion to Amend and Correct

**COMES NOW,** Cesar Quintero, pro per, requesting that this Honorable Court correct all of the documents and papers submitted on the above reference styled case as follow:

    1. All individuals in Commerce (in caps) should be caption pursuant to Mookini v. U.S., 303 U.S. 201 as Article III Court of Law for further review.

    **THEREFORE,** it is now the Court awareness of my request for Article III court of Law review.

Dated: May 26/2007

                          Respectfully submitted,

                          Cesar Quintero
                          F.C.I. # 02851-070
                          P.O. BOX 5000
                          Oakdale,LA 71463-5000

**RECEIVED**

MAY 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT