District Court of the United States
for the District of Columbia

(Caption Pursuant to <u>Mookini v. U.S.</u>, 303 U.S. 201)
(Article III Court of Law)

Cesar Quintero, Petitioner,

v.

Alberto Gonzales, A.K.A. ALBERTO GONZALES
Attorney General for the United States of
America, and
Harley G. Lappin, A.K.A. HARLEY G. LAPPIN
Director of the Federal Bureau of Prisons
and, J.P. Young, A.KA. J.P. YOUNG WARDEN, Respondent.

Case No. <u>06-2211 (RCL)</u>

Honorable Judge <u>Royce C. Lamberth</u>

<u>Motion to Amend and Correct</u>

COMES NOW, Cesar Quintero, pro per, requesting that this Honorable Court correct all of the documents and papers submitted on the above referenced styled case as follows:

1.)   All individuals in Commerce ( in caps ) should be caption pursuant to <u>Mookini v. U.S.</u>, 303 U.S. 201 as Article III Court of Law for further review.

THEREFORE, it is now the Courts awareness of my request for Article III Court of Law review.

Date: June <u>04</u>, 2007

Respectfully submitted,

_____
Cesar Quintero Reg. No. 02851-070
FCI Oakdale
P.O. BOX 5000
Oakdale, LA 71463-5000

**RECEIVED**

JUN 6  2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT