Clerk Office
for the District of Columbia
District Court
333 Constitution Ave. N.W.
Washington D.C. 20004

06/14/07

CESAR QUINTERO
    Petitioner,

v.

UNITED STATES of AMERICA
    Respondents.

Case No.: 1:06-CV-02211-RCL

Civil Action No.: 06-2211 (RCL)

## REQUEST TO WITHDRAW PETITION

Having received the papers from Harley G. Lappin, I would pray this Honorable Court to allow the Petitioner to withdraw my petition. Please be advised that I wish for these past motions to be rescended from going further. Thanking this Honorable Court, in advance.

Respectfully submitted,

*[signature]*
Cesar Quintero
Federal Correctional Institute
P.O. Box 5000
Oakdale, LA 71463-5000

**RECEIVED**
JUN 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT