UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CESAR QUINTERO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2211 (RCL) |
| | ) | |
| HARLEY G. LAPPIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

Before the Court is respondents' motion to transfer petitioner's *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. After reviewing the petition and the respondents' motion, the petitioner was advised that the Court intended to construe the petition as a motion pursuant to 28 U.S.C. § 2255. To avoid the consequences of the Court's recharacterization, petitioner was offered the opportunity withdraw his petition. *See Castro v. United States*, 540 U.S. 375, 381-83 (2003).

Petitioner has filed a request to withdraw the petition for writ of habeas corpus. Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is

ORDERED that the case is DISMISSED without prejudice.

_____/s_____
ROYCE C. LAMBERTH
United States District Judge

DATE: June 22, 2007